# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MATTHEW JESSE MUNOZ,

           Plaintiff,

v.

HOGGARD, et al.,

           Defendants.

**Case No. 1:17-cv-00935-JLT (PC)**

**ORDER DISCHARGING ORDER SHOW CAUSE AND EXTENDING TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

**(Docs. 17, 20, 21)**

**21-DAY DEADLINE**

The Court screened Plaintiff's First Amended Complaint on November 6, 2017. (Doc. 17.) That order granted Plaintiff leave to file a second amended complaint curing identified deficiencies or to file a notice of voluntary dismissal. (*Id*.) Plaintiff requested an extension of time to respond to the screening order and the Court granted him a 30-day extension on April 27, 2018. (Docs. 19, 20.) Nearly three months passed without Plaintiff filing an amended complaint, or otherwise responding to the Court's order. Thus, an order issued for Plaintiff to show cause why the action should not be dismissed for his failure to comply with the Court's order and prosecute this action. (Doc. 21.)

Plaintiff filed a response to the OSC indicating that he prepared a second amended complaint and gave it to prison personnel for mailing to the Court on Friday, June 1, 2018. (Doc. 22.) It is unknown why this did not reach the Court, but Plaintiff requests time to either ascertain what happened to his second amended complaint, or to regenerate it. This response is accepted as good cause both to discharge the OSC and to grant an extension time for Plaintiff to file a second

amended complaint.  Accordingly, the Court **ORDERS**:

1.     The order to show cause that issued on July 25, 2018 (Doc. 21) is **DISCHARGED**;

2.     The Clerk's Office shall send Plaintiff a civil rights complaint form and a copy of the screening order that issued on November 6, 2017 (Doc. 17);

3.     **Within 21 days** from the date of service of this order, Plaintiff shall file a second amended complaint curing the deficiencies identified by the Court in the November 6, 2017 screening order or a notice of voluntary dismissal.

**If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order and for failure to state a cognizable claim**.

IT IS SO ORDERED.

Dated:   **September 12, 2018**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE